[pic]
 CAUSE NO. 12-13-00357-CR
 IN THE COURT OF APPEALS
 TWELFTH COURT OF APPEALS DISTRICT
 TYLER, TEXAS

Tocarra McKind a/k/a, } APPEALED FROM 420TH DISTRICT COURT
Tocarra Lockett, APPELLANT

V. } IN AND FOR

The State of Texas, } NACOGDOCHES COUNTY, TEXAS
APPELLEE

 ORDER

 Appellant is represented by Mr. Lee Westmoreland, appointed counsel.
On November 21, 2013, this Court notified Appellant's counsel that a
Docketing Statement was to be filed and gave him until December 2, 2013, to
file it. Tex. R. App. P. 32.2. Thereafter, when no Docketing Statement
was filed, Appellant's counsel was again notified on December 6, 2013, that
the Docketing Statement was past due and was given until December 16, 2013,
to file a Docketing Statement. As of the date of this Order, no
satisfactory response has been received.
 Pursuant to Tex. R. App. P. 32.2 it is ORDERED that the Honorable
Edwin A. Klein, Judge of the 420th District Court of Nacogdoches County,
shall immediately conduct a hearing to determine the cause of counsel's
failure to file the Docketing Statement and whether the Appellant has
abandoned the appeal.
 It is FURTHER ORDERED that the trial court determine whether: (1)
Appellant is indigent and entitled to the appointment of counsel on appeal;
(2) Appellant has sufficient funds to retain counsel; or (3) Appellant
desires to represent himself on appeal.
 It is ADDITIONALLY ORDERED that once findings are made as to the
above issues, the trial court shall appoint counsel, give Appellant an
appropriate deadline for retaining counsel, or administer the appropriate
warnings concerning the dangers of self-representation, in accordance with
its findings and the court shall also take necessary action to insure the
prompt filing of the Docketing Statement with this Court.
 It is FINALLY ORDERED that a supplemental record containing the
court's findings of fact and conclusions of law and any appropriate
order(s) attendant thereto be certified to this Court on or before February
3, 2014.
 WITNESS the Honorable James T. Worthen, Chief Justice of the Court of
Appeals, 12th Court of Appeals District of Texas, at Tyler.
 GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at my office this this
3rd day of January 2014, A.D.
[pic] Cathy S. Lusk, clerk
 12TH cOURT OF aPPEALS

 By:
________________________________
 Katrina McClenny, Chief Deputy
Clerk